UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED J. ANDERSON,<br><br>        Plaintiff,<br><br>    v.<br><br>SOUTH SAN FRANCISCO POLICE DEPARTMENT,<br><br>        Defendant. | Case No. 16-cv-05409-JD<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 2 |

Plaintiff, a detainee, has filed a civil rights action. Plaintiff was sent a notice that he had not paid the filing fee or applied for leave to proceed in forma pauperis ("IFP"). He was allowed twenty-eight days to either pay the fee or file a proper application. More than twenty-eight days has passed and plaintiff has not paid the fee or filed a completed application to proceed IFP. Therefore, this case is **DISMISSED** without prejudice and the incomplete motion to proceed IFP (Docket No. 2) is **DENIED**.

    **IT IS SO ORDERED.**

Dated: November 18, 2016

JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALFRED J. ANDERSON,

    Plaintiff,

  v.

SOUTH SAN FRANCISCO POLICE DEPARTMENT,

    Defendant.

Case No. 16-cv-05409-JD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 18, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Alfred J. Anderson
Prisoner Legal Services
850 Bryant Street
Room 442
San Francisco, CA 94103

Dated: November 18, 2016

    Susan Y. Soong
    Clerk, United States District Court

    By: *Lisa R. Clark*
    LISA R. CLARK, Deputy Clerk to the
    Honorable JAMES DONATO

2